UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Anthony L Garro  
    Yvette M Garro  
        Debtor(s)

Case No. 13-05284

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/12/2013.

2) The plan was confirmed on 06/28/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/30/2014.

5) The case was converted on 03/20/2014.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $40,435.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,200.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$9,200.00**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $358.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,358.79**

Attorney fees paid and disclosed by debtor:   $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK ONE/JPM CHASE | Unsecured | 2,281.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,076.00 | 2,076.86 | 2,076.86 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,327.00 | 1,327.07 | 1,327.07 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 8,344.00 | 8,391.27 | 8,391.27 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 1,345.00 | 1,345.59 | 1,345.59 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 592.00 | 601.63 | 601.63 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 729.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 2,410.00 | 2,410.17 | 2,410.17 | 0.00 | 0.00 |
| CREDIT COLLECTION SVC | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SVC | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 690.00 | 690.27 | 690.27 | 0.00 | 0.00 |
| DUPAGE COUNTY TREASURER | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 1,006.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE | Secured | 45,774.39 | 5,125.61 | 5,125.61 | 5,125.61 | 0.00 |
| HSBC MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,108.00 | 1,108.25 | 1,108.25 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,428.00 | 1,428.78 | 1,428.78 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 5,219.00 | 5,657.54 | 5,657.54 | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 4,340.00 | 4,340.00 | 4,340.00 | 0.00 | 0.00 |
| KEYSTONE RECOVERY PARTNERS S | Unsecured | 6,403.00 | 6,403.49 | 6,403.49 | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| NHHELC/GSM&R | Unsecured | 17,328.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OAK HARBOR CAPITAL VII LLC | Unsecured | 751.00 | 751.12 | 751.12 | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 1,112.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,368.00 | 1,335.82 | 1,335.82 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 15,595.00 | 15,914.40 | 15,914.40 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,754.00 | 3,754.83 | 3,754.83 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Secured | 4,013.67 | 4,013.67 | 4,013.67 | 652.95 | 62.65 |
| US DEPARTMENT OF EDUCATION | Unsecured | 39,748.00 | 58,055.21 | 58,055.21 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 8,098.00 | 8,098.50 | 8,098.50 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,125.61 | $5,125.61 | $0.00 |
| Debt Secured by Vehicle | $4,013.67 | $652.95 | $62.65 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,139.28** | **$5,778.56** | **$62.65** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$123,690.80** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,358.79 |
| Disbursements to Creditors | $5,841.21 |
| **TOTAL DISBURSEMENTS :** | **$9,200.00** |

UST Form 101-13-FR-S (9/1/2009)

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/28/2014                                           By: /s/ Glenn Stearns
                                                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**